**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:25-cv-22939-ALTMAN/Lett**

SHOWMOJO, LLC, *et al.*,

*Plaintiffs*,

v.

THRESHOLD TECHNOLOGY LLC, *et al.*,

*Defendants.*

---

## JOINT MOTION FOR ENTRY OF STIPULATED ORDER

Plaintiffs ShowMojo, LLC and Tenant Turner, Inc. (collectively, "Plaintiffs") and Defendants Threshold Technology LLC d/b/a RentEngine and Alexander Stringfellow (collectively, "Defendants") move for entry of a stipulated order resolving Plaintiffs' Motion for a Preliminary Injunction.

On July 1, 2025, Plaintiffs moved for the issuance of a preliminary injunction against Defendants. [ECF No. 7] and the Court has set the same for hearing on August 27, 2025. [ECF No. 17]. Following conferral over the past several weeks, Plaintiffs and Defendants have reached an agreement to resolve the issues related to the request for a preliminary injunction, subject to the Court's approval of a stipulated order.

The proposed form of stipulated order resolving Plaintiffs' Motion for a Preliminary Injunction is attached as **Exhibit 1** and Plaintiffs and Defendants request (a) it be entered as an order of the Court and (b) that the hearing for August 27, 2025 be taken off the calendar. By agreeing to the Stipulated Order, Defendants do not admit liability or wrongdoing and preserve all available defenses, claims, objections, and rights.

### CERTIFICATE OF CONFERRAL

Plaintiffs' undersigned counsel certifies that Defendants' counsel has confirmed that Defendants' are in agreement to the issuance of the relief requested herein.

Dated: August 20, 2025

s/ *Aaron S. Weiss*
Aaron S. Weiss (FBN 48813)
aweiss@carltonfields.com
Carlton Fields, P.A.
700 N.W. 1st Ave, Ste. 1200
Miami, Florida 33136
Telephone: (305) 530-0050

s/ *Emily D. Anderson*
Robert S. Friedman*
rfriedman@sheppardmullin.com
Emily D. Anderson*
emanderson@sheppardmullin.com
Meghan M. Stuer*
mstuer@sheppardmullin.com
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 634-3081

*Admitted Pro Hac Vice

*Counsel for Plaintiffs*

s/ *Brandon S. Floch*
Brandon S. Floch (FBN 125218)
bfloch@nmfalawfirm.com
Neiman Mays Floch &
Almeida, PLLC
100 SE 3rd Avenue, Suite 805
Fort Lauderdale, FL 33394
Telephone: (305) 434-4943

s/ *Michael Pinero*
Michael A. Pineiro (FBN 41897)
mpineiro@mrpfirm.com
Marcus Rashbaum Pineiro
& Meyers LLP
2 South Biscayne Boulevard
Suite 2530
Miami, Florida 33131
Telephone: 305-400-4268

*Counsel for Defendants*