rentengine

Alexander Stringfellow <alex@rentengine.io>

## Intro to RentEngine

**Connar Benson-Epstein** <connar@greatersumventures.com> Mon, Feb 23, 2026 at 6:20 AM
To: Alexander Stringfellow <alex@rentengine.io>

Alexander, I'm an investor at Greater Sum Ventures. We're vertical software specialists, and over the last nine years have built six distinct companies that reached billion-dollar outcomes.

We see leasing infrastructure for scattered-site portfolios as one of the most compelling areas in property technology right now: operators are managing geographically dispersed units, renter expectations for instant response are rising, and vacancy costs are becoming more visible in tighter markets. Legacy PMS workflows and generic CRM tools haven't kept up.

I've been impressed with how RentEngine has centered speed and coordination in a segment that historically relied on fragmented processes. In a market where every day of vacancy impacts NOI, bringing structure and accountability to the leasing funnel feels especially timely. As scattered-site operators scale portfolios without expanding teams at the same pace, platforms that tighten response times and create clearer visibility across the pipeline become strategically important.

Can we find a few minutes in the coming weeks to get acquainted? I'd love to hear more about your vision and see how GSV or our network can be of help.

Best,
Connar

Connar Benson-Epstein
Senior Vice President
Greater Sum Ventures
(561) 523-8669 c
Calendar Link

GSV | GREATER SUM VENTURES

rentengine

**Alexander Stringfellow <alex@rentengine.io>**

## Intro to RentEngine

**Connar Benson-Epstein** <connar@greatersumventures.com> Wed, Feb 25, 2026 at 4:08 PM
To: Alexander Stringfellow <alex@rentengine.io>

Alexander - Politely checking back in on this.

Given our experience, should be plenty to discuss, even if capital is not of interest at the moment.

We've seen a lot across the category, happy to share what's worked.

Really just looking for an opportunity to see how we can leverage our past efforts and operator bench to be helpful. These relationships take time to build.

If you have a few minutes this week or next, let me know. Happy to accommodate your schedule.

Best,
Connar
Sent from my iPhone

Connar Benson-Epstein
Senior Vice President
Greater Sum Ventures
(561) 523-8669 c
Calendar Link

GSV GREATER SUM VENTURES

[Quoted text hidden]

rentengine

**Alexander Stringfellow <alex@rentengine.io>**

## Intro to RentEngine

**Connar Benson-Epstein** <connar@greatersumventures.com> Thu, Feb 26, 2026 at 4:09 PM
To: Alexander Stringfellow <alex@rentengine.io>

Alexander - Any thoughts?

Looking forward to getting acquainted and exploring ways Greater Sum or our network can be of help.

Best,
Connar
Sent from my iPhone

Connar Benson-Epstein
Senior Vice President
Greater Sum Ventures
(561) 523-8669 c
Calendar Link

GSV | GREATER SUM VENTURES

[Quoted text hidden]

rentengine

Alexander Stringfellow <alex@rentengine.io>

## Intro to RentEngine

**Connar Benson-Epstein** <connar@greatersumventures.com> Fri, Mar 13, 2026 at 11:54 AM
To: Alexander Stringfellow <alex@rentengine.io>

Hi Alexander, just wanted to circle back on this to see if you happen to have a few minutes this week or next?

As mentioned, we understand the nuances of scaling platforms in the property management ecosystem, where success often depends on helping operators manage distributed portfolios while aligning marketing, leasing, and operational workflows across multiple properties and teams.

I'd welcome the opportunity to share more about why (when the time is right) we're uniquely positioned to be the right partner.

In addition to that experience, I think you'll find our approach at Greater Sum refreshing. We're entrepreneurs first, the firm is managed by operators who've scaled six platforms to billion-dollar outcomes over the past nine years.

We invest and recycle our own capital and run the firm like true bootstrappers, which keeps alignment tight. There's no upside for us if we don't win together.

If you're up for it, let me know when works best.

Best,
Connar

Connar Benson-Epstein
Senior Vice President
Greater Sum Ventures
(561) 523-8669 c
Calendar Link

GSV | GREATER SUM VENTURES

[Quoted text hidden]