# EXHIBIT A

The Wayback Machine - https://web.archive.org/web/20250608052606/https://tenantturner.com/customer-terms



# Tenant Turner Customer Terms

Revised August 26, 2024

## THESE CUSTOMER TERMS CONTAIN AN ARBITRATION PROVISION AND WAIVERS OF ANY RIGHT TO A JURY TRIAL OR TO BRING A CLAIM ON A CLASS BASIS. PLEASE REVIEW "ARBITRATION AGREEMENT & WAIVER OF CERTAIN RIGHTS" SECTION FOR DETAILS.

These Customer Terms ("**Customer Terms**") governs your use of (a) the Tenant Turner websites (the "**Sites**"), (b) the Tenant Turner software, including the Tenant Turner scheduling and automated showings software-as-a-service solution and related applications and application programming interfaces made available by Tenant Turner, (c) any third-party add-on services for which you pay as part of your Tenant Turner subscription, including, without limitation, call center services ("**Third-Party Services**"), (d) to the extent included in your Plan, the Lockbox Services, and (e) any and all services provided by Tenant Turner, Inc. ("**Tenant Turner**", "**we**", "**us**", "**our**", etc.) in connection therewith, including, without limitation, Lockbox Services (collectively, the "**Services**"). You must agree to and accept all the terms and conditions of these Customer Terms in order to use the Services. BY CHECKING "AGREE" WHEN SIGNING UP, YOU AGREE TO THESE CUSTOMER TERMS. IF YOU DO NOT AGREE TO THESE CUSTOMER TERMS, DO NOT CHECK THE BOX AND YOU MAY NOT ACCESS THE TENANT TURNER WEBSITE NOR THE SOFTWARE. By clicking a box indicating your acceptance and/or using the Services in any way, you and the entity you represent (if applicable) ("**Customer**" or "**you**") agree that you have read and agree to these Customer Terms. These Customer Terms are effective as of the date you click such box indicating your acceptance and/or use the Services in any way (whichever occurs first) (the "**Effective Date**"). You represent and warrant that you are authorized to bind Customer. These Customer Terms will remain in effect while you use the Services. If you have entered into a separate signed agreement with Tenant Turner regarding your use of the Services ("**Commercial Agreement**"), then the terms and conditions of the Commercial Agreement shall apply to your use of the Services in addition to these Customer Terms, and to the extent of any conflict between any provisions of these Customer Terms and the Commercial Agreement, the Commercial Agreement shall prevail, unless you entered into the Commercial Agreement prior to January 1, 2018, in which case, these Customer Terms shall prevail. From time to time, we may make certain additional services, activities, offers, and other promotional initiatives available to you in connection with the Products and/or Services. By participating in any of the foregoing, you agree to be bound by any additional terms and conditions we make available to you in connection with the same (collectively, "**Additional Terms**"), which are incorporated herein and made part hereof. To the extent that there is a conflict between these Terms and the Additional Terms, the Additional Terms will control. If you don't agree to be bound by these Terms, do not use the Services. You agree that your use of the Services shall also be subject to the Tenant Turner Privacy Policy, made available via https://tenantturner.com/privacy (https://web.archive.org/web/20250608052606/https://tenantturner.com/privacy).

**1. Definitions.**

"**Plan**" refers to your Tenant Turner subscription pursuant to which you receive Services, regardless of how you purchased the subscription (e.g., directly from the Tenant Turner website, a Commercial Agreement, or through TenantCloud or Buildium's Showings Coordinator Powered by Tenant Turner).

"**Lockbox Services**" refers to service offered by Tenant Turner whereby customers may use electronic lockboxes (purchased through or transferred into Tenant Turner) to allow for tenant leads to access rental properties, which access is subject to pre-qualification and other security processes and features.

"**Products**" refers to any electronic smart lock or lockbox product purchased through us.

**2. Services and Products.**

2.1 Subject to the terms and conditions of these Customer Terms, we will provide the Services and Products described in the Plan to you for the term stated in the Plan. The Services and Products may be provided through the use of the Site.

2.2 We reserve the right to make modifications to the Services, Products and the Site, and to add additional Services or cease providing any Services, in our sole discretion.

2.3 You will be responsible for obtaining and maintaining at your expense all computer hardware, software, communications equipment, and connections necessary to access and use the Services and Products. You shall also be responsible for maintaining the security of your equipment, Tenant Turner account, passwords, and files, and for all uses of your account or equipment with or without your knowledge or consent.

**3. Payment for Services and Products.**

3.1 You agree to pay the fees owed pursuant to, and in accordance with the payment timing requirements of, the terms of the Plan.

3.2 You will be responsible for and agree to pay all sales, use, value-added, excise and other taxes, if any, relating to the Plan other than taxes based on our net income.

3.3 You agree that your Plan bill may increase or decrease based upon the total number of residential units managed via the Services (the "**Managed Rental Units**"). We may obtain a count of the number of Managed Rental Units in the following ways: (a) you agree to notify us when your total number of Managed Rental Units increases or decreases by at least ten percent (10%) from the quantity indicated in your Plan; (b) from time to time, we may contact you to ask for your current total number of Managed Rental Units, and you agree to provide that total within thirty (30) days; and (c) we may compute the total number of Managed Rental Units using integrations you establish between the Services and your third-party property management software ("**Property Management Software**"). In the event that you do not provide an updated number of Managed Rental Units within thirty (30) days of our request, we may (without limiting any of our other rights and remedies) impose a deemed increase of twenty percent (20%) to the Managed Rental Units and a corresponding increase in the total monthly fees payable by you pursuant to your Plan. Without limiting any of the foregoing, we may adjust your Plan at any time to reflect the actual total number of Managed Rental Units.

3.4 If during the term of the Plan, you purchase electronic lockboxes or smart locks from a third party, we may charge you a transfer fee per each such electronic lockbox or smart lock transferred into our account for use in connection with the Services.

3.5 Subject to these Customer Terms, subscriptions to the Services will automatically renew, and your applicable payment method on file will be charged, on a recurring basis corresponding to the duration of your subscription and billing period. You may view the applicable end date of your billing period and the applicable fees in your Tenant Turner account. We reserve the right to change your subscription offering and/or pricing at any time, but we will give you advance notice of such changes. If you do not wish to accept such changes, you must cancel your subscription prior to the date set forth in such notice, otherwise you will be deemed to have accepted such changes.

3.6 If you believe we billed you incorrectly, you must contact our customer support team within sixty (60) days of the date of the applicable invoice containing the alleged error in order to be eligible for an adjustment or credit.

3.7 By signing up for a Plan, you authorize Tenant Turner or our service provider to charge the recurring fees and any applicable taxes for your subscription to your applicable payment method on file and in advance of every new billing period, until canceled in accordance with Section 3.5 or Section 4.

3.8 Unless otherwise indicated, in order to purchase a Product or Service, you will be required to provide a valid credit card or other payment method accepted by Tenant Turner, as may be updated from time to time. When you initiate purchases of certain Products or Services (each, an "**Order**"), you expressly authorize us (or our third-party payment processor) to charge your chosen payment method and any applicable taxes (including VAT) for such Order. We may ask you to supply additional information relevant to your Order, including your credit card number, the expiration date of your credit card, and your email and postal addresses for billing and notification (such information, "**Payment Information**"). You represent and warrant that you have the legal right to use any such Payment Methods and provide such Payment Information. When you initiate an Order, you authorize us to provide your Payment Information to third parties so we can complete your Order and to charge your payment method for the applicable amount (including any applicable taxes and other charges). You may need to provide additional information to verify your identity before completing your Order (such information is included within the definition of Payment Information).

**4. Term and Termination.**

4.1 The initial term for the Plan will be the service term as stated in the Plan.

4.2 The Plan automatically renews each month, on the monthly anniversary of the date on which you initially registered for the Plan ("**Renewal Date**"), unless you terminate the Plan at least thirty (30) days prior to the Renewal Date. You may terminate the Plan (and thus cancel your corresponding subscription(s) to the Services) with or without cause via your account with the Services. Termination will be effective at the end of the billing period immediately preceding the Renewal Date. If you terminate the Plan, you will still be obligated to pay other charges incurred by you in the course of using the Services prior to the effective date of termination.

4.3 We may terminate one or more of the Services and Products in your Plan at any time if: (i) you violate or fail to perform or comply with any of your obligations under the Plan or these Customer Terms and, where such violation or failure is remediable, such violation or failure continues unremedied for fifteen (15) days following our notice to you of the same; (ii) you cease business activities, make a general assignment for the benefit of creditors or become the subject of a voluntary or involuntary bankruptcy or insolvency proceeding; (iii) you violate our expectations of behavior and civility toward our employees, partners, or any tenant prospects; or (iv) you violate any applicable laws.

4.4 If we terminate one of your Plans, we may terminate any and all of your Plans outstanding at that time.

4.5 If your Plan expires or is terminated, (i) the license granted to you in connection with the Services and Products will terminate immediately and you will no longer have any right to use the Services or any materials provided in connection therewith and (ii) we will have no obligation to provide any Services or Products to you.

4.6 The terms of these Customer Terms that, by their nature, continue in effect after the expiration or termination of the Plan will survive expiration and termination, including but without limitation, accrued rights to payment, confidentiality obligations, warranty disclaimers, and limitations of liability.

4.7 If any payment is not paid when due, you agree to reimburse us for all costs of collection, including reasonable attorneys' fees and costs.

**5. License and Limitations.**

5.1 During the term of an applicable Plan, we grant to you a limited, nonexclusive license (i) to access and use the Site and the Services and (ii) to use any documentation provided to you by us in connection with the Services and Products, in each case for the periods and quantities purchased under the applicable Plan.

5.2 This license is limited to you, and you may not resell it, assign it, sublicense it, lease it or otherwise make it available to any third party. This license is also limited to the quantity of rental units included in your Plan.

5.3 The Services may include one or more application programing interfaces ("API(s)"). We may set and enforce limits on your use of the API(s) (e.g., limiting the number of API requests that you may make or the number of users you may serve), in our sole discretion. You agree to, and will not attempt to circumvent, such limitations documented with each API, as applicable. YOU AGREE THAT WE MAY MONITOR USE OF THE APIS TO ENSURE QUALITY, IMPROVE OUR PRODUCTS AND SERVICES, AND VERIFY YOUR COMPLIANCE WITH THESE CUSTOMER TERMS. You will not intentionally interfere with this monitoring. You may also have the ability to integrate your third-party property management software with the Services. If you elect to do so, you acknowledge that data from such property management software may be shared with us (e.g., listing data, company data, data regarding the number of Managed Rental Units, occupant data, owner data, etc.). You represent and warrant that you have obtained all necessary consents and permissions required under applicable law to provide such data, and any other data you make available to us in connection with the Services (collectively, "**Customer Data**").

5.4 You may not use any of the Products, Services or the Site to develop a product or service that competes with any of the foregoing.

**6. Smart Lock and Lockbox Products.**

6.1 Placing Orders. The prices and descriptions of the Products may be revised by us at any time and do not constitute an offer to purchase a Product. All Products are subject to availability and all Orders are subject to our acceptance. An Order will be deemed accepted by us when we accept your payment and dispatch your Order ("**Acceptance**"). Any email acknowledgement of your Order does not constitute our Acceptance of your Order. We reserve the right at all times to decline to process or accept any Order received from or through the Services at our absolute discretion. Payment in full, without set-off, counterclaim or withholding of any kind, is required prior to our Acceptance. We will charge your chosen payment method before or around dispatch of the applicable Products. We are not responsible for any billing errors unless you notify us of such billing error within ten (10) calendar days from the date of Acceptance. In the event we confirm, in our sole discretion, that such billing error is attributable solely to us, we will cancel your Order and/or refund the prior overpayment that you may have made for the applicable Product, as appropriate.

6.2 Product Delivery and Risk. Any delivery timelines provided to you are non-binding and for estimation purposes only. We will use reasonable efforts to adhere to such delivery timelines, but we shall not be liable to you or any third party for any delay. Notwithstanding anything to the contrary herein, the risk of loss or damage to Products passes to you on the earlier of: (i) delivery to the address indicated in the applicable Order; or (ii) when placed in your possession or that of any carrier designated by you. Further, without limiting any other rights or remedies available to us, we reserve the right to: (1) effectuate delivery by any means we consider appropriate, at your expense; and/or (2) charge you for any costs incurred as a result of your rejection or failure to accept delivery, including without limitation any storage cost.

6.3 Product Descriptions. We attempt to be as accurate as possible when describing the Products and Services. However, the information contained on the Site is for general information purposes only, and we do not warrant that any Product or Service descriptions or other content on the Site or Services are accurate, complete, reliable, current, or error-free. If you purchase a Product through the Site, and you believe such Product is not accurately described on the Site, your sole remedy is to return the Product in accordance with our return policy.

6.4 Cancellation and Refunds. ALL ORDERS ARE FINAL AND YOU WILL NOT BE ABLE TO CANCEL AN ORDER AND/OR RECEIVE A REFUND OF PAYMENT EXCEPT AS EXPRESSLY PROVIDED IN OUR RETURNS POLICY. You acknowledge and agree that in the event that we agree, in our sole discretion, to grant you a refund with respect to your Order, such refund shall not include any cross border or other fees that credit card companies may charge for the processing of any payment. For the avoidance of doubt, we reserve the right to cancel your Order for any reason.

**7. Customer Support and Service Level.**

7.1 We will use commercially reasonable efforts to make the Services available 99.9% of the time, measured monthly, excluding holidays and weekends and scheduled maintenance. Services and Products may be temporarily unavailable for scheduled maintenance or for unscheduled emergency maintenance, either by us or by third-party providers, or because of other causes beyond our reasonable control, but we will use reasonable efforts to provide advance notice in writing or by e-mail of any

scheduled service disruption. If you request maintenance, any uptime or downtime calculation will exclude periods affected by such maintenance. Further, any downtime resulting from outages of third-party connections or utilities or other reasons beyond our control will also be excluded from any such calculation. Your sole and exclusive remedy, and our entire liability, in connection with the availability of Services will be that for each period of downtime lasting longer than four hours, we will credit you 5% of non-Product fees for each period of 30 or more consecutive minutes of downtime; provided that no more than one such credit will accrue per day. Downtime shall begin to accrue as soon as you recognize that downtime is taking place and notify us in writing, and continues until the availability of the Services is restored. In order to receive such downtime credit, you must notify us in writing within 24 hours from the time of such downtime, and failure to provide such notice will forfeit the right to receive downtime credit. Such credits may not be redeemed for cash and shall not, in the aggregate, exceed the equivalent of a total of one (1) week's worth of fees payable by you for the Services (but, for the avoidance of doubt, excluding any fees payable for Products) in any given one (1) calendar month period. We will only apply a credit to the month in which the incident occurred. Our blocking of data communications or other aspect of the Services in accordance with our policies will not be deemed to be a failure to provide adequate service levels.

7.2 We reserve the right to refuse registration of or cancel passwords we deem inappropriate or insufficient.

7.3 We will provide customer support through online support ticket requests on weekdays during the hours of 9:00 am through 5:00 pm Eastern Time, with the exclusion of company holidays.

7.4 Customer may initiate a support ticket by in-app chat, by emailing support@tenantturner.com (https://web.archive.org/web/20250608052606/mailto:support@tenantturner.com). Support contact information is subject to change from time to time as we may change support service vendors.

7.5 We will use commercially reasonable efforts to respond to all support tickets within one (1) business day.

**8. Confidentiality.**

8.1 Non-Disclosure. Each party agrees to regard and preserve as confidential all information related to the business and activities of the other party, which may be obtained by such party from any source or may be developed as a result of the Services, including financial and business information, strategy, trade secrets, know-how, technical information, specifications, past, present and future operations, partner, client, and supplier identities, and other non-public information, whether tangible, intangible, visual, electronic or otherwise, together with notes, analysis, compilations, studies and/or other documents prepared by a party, its directors, officers, employees, agents and representatives based upon, containing or otherwise reflecting such information ("**Confidential Information**"). Each party agrees to hold the Confidential Information of the other in trust and confidence and shall not disclose such information to any person, firm or enterprise, or use (directly or indirectly) any such information for its own benefit or the benefit of any other party. Even when disclosure is permitted, each party agrees to limit access to and disclosure of the other party's Confidential Information to its employees on a "need to know" basis only. Notwithstanding the foregoing, either party may disclose the other party's Confidential Information pursuant to applicable law or regulation or compulsion of proper judicial or other legal process; provided, however, that the disclosing party shall provide prompt notice of the same prior to such required disclosure such that the other party may seek a protective order or other appropriate remedy to safeguard, restrict and/or limit the disclosure of such Confidential Information.

8.2 Exclusions. Information shall not be considered "Confidential Information" hereunder to the extent, but only to the extent that, such information (i) is or becomes publicly available through no fault, default or breach of or by the receiving party, (ii) is or was rightfully acquired by the receiving party from an independent third party without restriction or obligation of confidentiality and without breach of any agreement or obligation or (iii) if such information is or was independently developed by the receiving party without use of or reference to Confidential Information of the other party.

8.3 Recipients; Equitable Relief. Each party shall, in advance, by agreement, instruction or otherwise, ensure that each individual who obtains or is in a position to obtain Confidential Information of the other party, understands and has agreed to comply with the obligations in this Section 8. Further, in the event of a breach or threatened breach of either party's obligations in this Section 8, the other party shall suffer immediate and irreparable harm for which money damages may be difficult to calculate and/or provide inadequate compensation. Accordingly, either party shall be entitled to an injunction, restraining order or other equitable relief to enforce compliance with the provisions of this Section 8; provided, however, that no specification herein of any particular legal or equitable remedy shall be deemed or construed to prohibit either party from seeking or obtaining any other remedy under these Customer Terms, at law or in equity.

**9. Ownership of Property.**

9.1 As between you and Tenant Turner, your Customer Data, rental listings and information and related materials provided by you for placement, syndication, storage, and/or use in or in connection with the Services and Products or on or in connection with the Site, including without limitation, listing photos and listing information (collectively, "**Customer Materials**") are and will remain your property. You grant us an irrevocable, royalty-free, nonexclusive license to use, copy, display and distribute Customer Materials to the extent necessary to provide the Services and Products and/or to administer or maintain the Site, and to provide Customer Materials to any entity that controls, is controlled by, or under common control with, Tenant Turner, for each of their respective business purposes. For information regarding our processing of any Customer Materials that constitute personal information, please see our Privacy Policy (https://web.archive.org/web/20250608052606/https://tenantturner.com/privacy).

9.2 You have no right, title, or interest in or to any of the Services or the Site and we or our applicable licensor will retain ownership of and full and exclusive rights in and to the Services and the Site, and all related enhancements and modifications to any of the foregoing, including without limitation, ownership of and full and exclusive rights to all related copyrights and other intellectual property rights and full and exclusive rights to sell, license, market, assign, and modify the Services and the Site.

9.3 Notwithstanding anything to the contrary, we have the right to collect and analyze data and other information relating to the provision, use and performance of various aspects of the Services and Products and related systems and technologies, including without limitation information concerning Customer Data and data derived from it, and we will have the right, during and after the term of the Products and Services in the Plan, to (i) use such information and data to improve and enhance the Services and Products and for other development, diagnostic, and corrective purposes in connection with the Services and Products and our other offerings, and (ii) disclose such data solely in anonymized, aggregated or other de-identified form in connection with its business.

9.4 We welcome feedback, comments and suggestions for improvements to the Services ("**Feedback**"). You grant to us a non-exclusive, transferable, worldwide, perpetual, irrevocable, fully-paid, royalty-free license, with the right to sublicense, under any and all intellectual property rights that you own or control to use, copy, modify, create derivative works based upon and otherwise exploit the Feedback for any purpose.

**10. Tenant Turner Indemnification Obligations.**

10.1 Provided that you comply with the Plan and these Customer Terms, we agree to indemnify you from and against any damages, costs and expenses (including reasonable attorneys' fees) you incur as a result of a final judgment in favor of a third party in connection with a claim that the Services (other than Third-Party Services) or the Site infringe or otherwise violate any U.S. registered patent, copyright, trademark or service mark of that third party.

10.2 If any third-party claim is made against you for which we may be required to provide indemnification under Section 10.1 above, (i) you will promptly notify us in writing of such claim, in no event later than ten (10) days prior to the date on which a response to the claim is required, (ii) we will have full authority, at our option, to defend such claim and you will provide reasonable assistance in such defense, and (iii) we will have full authority, at our option, to control the defense of such claim at our expense and all negotiations for the compromise and settlement of such claim.

10.3 If we reasonably believe that the Services, Products or the Site infringes or otherwise violates any U.S. registered patent, copyright, trademark or service mark of a third party, we will have the right, at our expense (i) to obtain for you the right to continue using the Services and Products, or the Site, as applicable, under these Customer Terms, (ii) to modify the Services and Products or the Site, as applicable, so that they are no longer infringing with no materially adverse effect on their functionality, or (iii) to terminate any Plan with respect to the infringing Services and Products or the Site and refund you any related prepaid fees for the remainder of the current initial or renewal term.

10.4 The agreements contained in this Section 10 constitute our exclusive liability and responsibility for, and your exclusive remedy regarding, any claim that the Services and Products, or the Site Infringes or otherwise violates any patent, copyright, trademark or service mark of a third party.

**11. Customer Indemnification Obligations.**

11.1 You represent, covenant, and warrant that you will use the Services and Products only in compliance with these Customer Terms and any other published policies then in effect and all applicable federal, state, and local laws and regulations, including but not limited to fair housing laws. For the avoidance of doubt, compliance with the Fair Housing Act is solely your responsibility and Tenant Turner expressly disclaims any liability in connection therewith. You agree to indemnify, defend, and hold us and our suppliers harmless from and against any damages, losses, liabilities, settlements and expenses, including without limitation costs and attorneys' fees, incurred by us or suppliers as a result of or in connection with any third-party claim (i) arising from your breach of these Customer Terms, including, without limitation, any representations and warranties set forth herein, (ii) that any of your materials (including, without limitation, the Customer Materials) infringes or otherwise violates any patent, copyright, trademark, service mark, trade secret, or other intellectual property right of a third party, (iii) that your screening, assessment, leasing policies or practices, or use of the Services, violates any applicable housing, data protection, privacy or other law or regulation, (iv) relating to or arising out of any personal injury or property damage or loss of property with respect to any rental unit managed by you. Although we have no obligation to monitor your use of the Services and Products, we may do so and may prohibit any use of the Services and Products we believe may be (or alleged to be) in violation of the foregoing, and/or (v) arising out of or relating to your gross negligence or willful misconduct.

**12. Liability Limitations.**

12.1 NOTWITHSTANDING ANYTHING TO THE CONTRARY, WE AND OUR SUPPLIERS (INCLUDING BUT NOT LIMITED TO ALL EQUIPMENT AND TECHNOLOGY SUPPLIERS AND THIRD-PARTY SERVICE PROVIDERS), OFFICERS, AFFILIATES, REPRESENTATIVES, CONTRACTORS AND EMPLOYEES SHALL NOT BE RESPONSIBLE OR LIABLE WITH RESPECT TO ANY SUBJECT MATTER OF THESE CUSTOMER TERMS OR TERMS AND CONDITIONS RELATED THERETO UNDER ANY CONTRACT, NEGLIGENCE, STRICT LIABILITY OR OTHER THEORY: (A) FOR ERROR OR INTERRUPTION OF USE OR FOR LOSS OR INACCURACY OR CORRUPTION OF DATA OR COST OF PROCUREMENT OF SUBSTITUTE GOODS, SERVICES OR

TECHNOLOGY OR LOSS OF BUSINESS; (B) FOR ANY INDIRECT, EXEMPLARY, INCIDENTAL, PUNITIVE, SPECIAL, OR CONSEQUENTIAL DAMAGES; (C) FOR ANY MATTER BEYOND OUR REASONABLE CONTROL; (D) FOR ANY PROPERTY DAMAGE OR LOSS OF PROPERTY WITH RESPECT TO ANY RENTAL UNIT MANAGED BY YOU OR ANY PERSONAL INJURY INFLICTED BY OR TO ANY TENANT OR PROSPECT OR ANY OTHER PERSON, INCLUDING WHERE ACCESS TO SUCH UNIT WAS GRANTED VIA A LOCKBOX OR SMART LOCK PURCHASED FROM TENANT TURNER AND/OR AS A RESULT OF THE LOCKBOX SERVICES, OR (E) FOR ANY AMOUNTS THAT, TOGETHER WITH AMOUNTS ASSOCIATED WITH ALL OTHER CLAIMS, EXCEED THE FEES PAID BY CUSTOMER TO US FOR THE SERVICES UNDER ANY APPLICABLE PLANS IN THE 12 MONTHS IMMEDIATELY PRECEDING THE EVENT CAUSING THE LIABILITY, IN EACH CASE, WHETHER OR NOT WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. SOME JURISDICTIONS DO NOT ALLOW CERTAIN EXCLUSIONS OF OR LIMITATIONS ON DAMAGES AND REMEDIES; ACCORDINGLY, SOME OF THE LIMITATIONS DESCRIBED IN THESE CUSTOMER TERMS MAY NOT APPLY TO YOU. IF, IN A RELEVANT JURISDICTION, THE LIMITATIONS AND EXCLUSIONS ON LIABILITY CONTAINED HEREIN ARE NOT PERMITTED, THEN TENANT TURNER'S LIABILITY SHALL BE LIMITED AND EXCLUDED TO THE FULLEST EXTENT PERMITTED BY LAW.

**13. Representations, Warranties, and Disclaimers.**

13.1 Each party represents, warrants and covenants to the other party that: (a) it has the full right, power and authority to enter into and perform the acts required of it under these Customer Terms, (b) the performance of its obligations under these Customer Terms do not conflict with, or constitute a default under any covenant, agreement, judgment, law, order or contract to which it is subject, and (c) it shall comply with all applicable federal, state and local laws, rules and regulations in performing its obligations or exercising its rights under these Customer Terms. You further represent and warrant to us that all of the following comply and will comply with all federal, state and local fair housing, data protection, privacy and other applicable laws and regulations: (i) the questions and other materials included or used in connection with the rental listings posted or submitted by or on your behalf through the Services and Products, (ii) the questions and other materials and technology you use in screening or making leasing decisions regarding potential tenants, (iii) your other leasing practices, including without limitation, the use of any results of any screening or assessment Services and Products we provide, and (iv) your leasing decisions. In addition, you represent and warrant to us that you will not use the results of any screening or assessment Services and Products provided per an applicable Plan to discriminate against tenant prospects or current tenant in violation of any federal, state or local employment or other applicable laws or regulations.

13.2 THE REPRESENTATIONS AND WARRANTIES MADE BY US IN THIS SECTION 13 OR ELSEWHERE IN THESE CUSTOMER TERMS ARE IN LIEU OF ALL OTHER REPRESENTATIONS AND WARRANTIES, EXPRESS, IMPLIED OR STATUTORY INCLUDING ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND ALL SUCH OTHER REPRESENTATIONS AND WARRANTIES ARE HEREBY EXPRESSLY DISCLAIMED. WITHOUT LIMITING THE GENERALITY OF THE PRECEDING SENTENCE, NEITHER WE NOR ANY OF OUR LICENSORS REPRESENT OR WARRANT THAT (i) ANY OF THE SERVICES AND PRODUCTS, OR THE SITE, WILL BE UNINTERRUPTED, SECURE OR ERROR FREE, (ii) ANY SPECIFIC RESULTS WILL BE OBTAINED USING THE SERVICES AND PRODUCTS OR THE SITE, OR (iii) ANY ERRORS IN THE SERVICES, OR THE SITE, WILL BE CORRECTED. IN ADDITION, WE AND OUR LICENSORS EXPRESSLY DISCLAIM LIABILITY FOR THIRD-PARTY SERVICES, AND YOUR IMPROPER OR DISCRIMINATORY USE OF THE SERVICES AND PRODUCTS OR THE SITE, INCLUDING CLAIMS AGAINST YOU MADE BY ANY COURT OR REGULATORY AGENCY BASED IN WHOLE OR IN PART ON FINDINGS OF DISPARATE OR ADVERSE IMPACT TREATMENT REGARDING TENANTS AND TENANT PROSPECTS. WE AND OUR LICENSORS MAKE NO WARRANTY THAT THE SERVICES AND PRODUCTS OR THE SITE WILL NOT CAUSE AN ADVERSE OR DISPARATE IMPACT ON A LEGALLY PROTECTED CLASS OF PEOPLE IF SUCH SERVICES AND PRODUCTS ARE USED IMPROPERLY OR ARE USED WITHOUT A STATISTICALLY ADEQUATE OR REPRESENTATIVE TENANT LEAD POOL. WITHOUT LIMITING THE GENERALITY OF FOREGOING, YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT THE TENANT PROSPECT PRE-QUALIFICATION INFORMATION AND OTHER TENANT PROSPECT INFORMATION PROVIDED TO YOU ON OR THROUGH THE SERVICES AND PRODUCTS, THE SITE, AND/OR THE SOFTWARE ARE PROVIDED ON AN "AS IS, AS AVAILABLE" BASIS AND THAT WE MAKE NO REPRESENTATIONS OR WARRANTIES REGARDING ANY SUCH PRE-QUALIFICATION INFORMATION OR OTHER INFORMATION OR THEIR ACCURACY OR COMPLETENESS. SOME JURISDICTIONS DO NOT ALLOW FOR THE EXCLUSION OF CERTAIN WARRANTIES OR CERTAIN LIMITATIONS ON DAMAGES AND REMEDIES; ACCORDINGLY, SOME OF THE EXCLUSIONS AND LIMITATIONS DESCRIBED IN THESE CUSTOMER TERMS MAY NOT APPLY TO YOU. IF, IN A RELEVANT JURISDICTION, THE LIMITATIONS AND EXCLUSIONS ON LIABILITY CONTAINED HEREIN ARE NOT PERMITTED, THEN TENANT TURNER'S LIABILITY SHALL BE LIMITED AND EXCLUDED TO THE FULLEST EXTENT PERMITTED BY LAW.

**14. Restrictions and Responsibilities.**

14.1 You agree you will not nor attempt to (i) modify, adapt, reverse engineer, decompile, disassemble, reverse assemble or otherwise attempt to discover the source code or underlying algorithms or know-how of any of the Site, Services and Products, (ii) create any derivative works from any of the Site, Services and Products, (iii) access or use the Site, Services and Products, for any illegal, unlawful, threatening, abusive, harassing, or obscene purpose or for any other purpose prohibited by our policies in place from time to time, (iv) post or otherwise provide any false, misleading or dishonest information or other content on, through or in connection with the Services, Products or the Site, (v) post, upload, publish, submit, or transmit any content that: (A) infringes, misappropriates, or violates a third party's patent, copyright, trademark, trade secret, moral rights, or other intellectual property rights, or rights of publicity or privacy; (B) violates, or encourages any conduct that would violate, any applicable law or regulation or would give rise to civil liability; (C) is fraudulent, false, misleading, or deceptive; (D) is defamatory, obscene,

pornographic, vulgar, or offensive; (E) promotes discrimination, bigotry, racism, hatred, harassment, or harm against any individual or group; (F) is violent or threatening or promotes violence or actions that are threatening to any person or entity; or (G) promotes illegal or harmful activities or substances; (vi) use, display, mirror, or frame the Services or any individual element within the Services, Tenant Turner's trademark, logo, or other proprietary information, or the layout and design of any page or form contained on a page, without Tenant Turner's express written consent; (vii) access, tamper with, or use non-public areas of the Services, Tenant Turner's computer systems, or the technical delivery systems of Tenant Turner's providers; (viii) attempt to probe, scan, or test the vulnerability of any Tenant Turner system or network or breach any security or authentication measures; (ix) avoid, bypass, remove, deactivate, impair, descramble, or otherwise circumvent any technological measure implemented by Tenant Turner or any of its providers or any other third party (including another user) to protect the Services or content thereof; (x) attempt to access or search the Services or download content from the Services through the use of any engine, software, tool, agent, device, or mechanism (including spiders, robots, crawlers, data mining tools, or the like) other than the software and/or search agents provided by Tenant Turner or other generally available third-party web browsers; (xi) use any meta tags or other hidden text or metadata utilizing a Tenant Turner trademark, logo URL, or product name without Tenant Turner's express written consent; or (xii) interfere with, or attempt to interfere with, the access of any user, host, or network, including, without limitation sending a virus, overloading, flooding, spamming, or mail-bombing the Services.

14.2 You may not remove or export from the United States or allow the export or re-export of the Services or Products or anything related to them in violation of any restrictions, laws or regulations of the United States Department of Commerce, the United States Department of Treasury Office of Foreign Assets Control, or any other United States or foreign agency or authority.

**15. Informal Dispute Resolution.**

15.1 We try to address any disputes without the need to initiate a formal legal case. In the event you have any dispute with us, you shall first try in good faith to settle such dispute by providing written notice to us describing the facts of the dispute (including any relevant documentation) and allowing us thirty (30) days to respond before initiating any formal dispute resolution proceeding. Notices to us must be sent by mail to 4820 Lake Brook Dr, Suite 125, Glen Allen, VA 23060, Attn: Layne Kiser. We will send any dispute related notice to you at the contact information we have for you. If for any reason the dispute is not resolved satisfactorily within thirty (30) days after our receipt of your written notice, any further dispute resolution will occur according to the provisions below. Engaging in this informal dispute resolution process is a requirement that must be fulfilled before commencing a formal dispute resolution proceeding, such as an arbitration or small claims court proceeding.

**16. Arbitration Agreement & Waiver of Certain Rights.**

16.1 Except as set forth below, you and Tenant Turner agree that we will resolve any controversies, claims, counterclaims, or other disputes between you and us or you and a third-party agent of ours (each a "**Claim**") through binding and final arbitration, instead of through court proceedings, in accordance with the Consumer Arbitration Rules of the American Arbitration Association ("**AAA Rules**"). This arbitration agreement applies to any existing or future Claims that you have not individually filed in a court of law prior to the date you agreed to these Terms. The AAA Rules are available at www.adr.org or by calling 1-800-778-7879. You and Tenant Turner hereby waive any right to a jury trial of any Claim. The arbitration will be heard and determined by a single arbitrator. The arbitrator's decision in any such arbitration will be final and binding upon the parties and may be enforced in any court of competent jurisdiction. You and Tenant Turner agree that the arbitration proceedings will be kept confidential and that the existence of the proceeding and any element of it (including, without limitation, any pleadings, briefs or other documents submitted or exchanged and any testimony or other oral submissions and awards) will not be disclosed beyond the arbitration proceedings, except as may lawfully be required in judicial proceedings relating to the arbitration, by applicable disclosure rules and regulations of securities regulatory authorities or other governmental agencies, or as specifically permitted by state law. The Federal Arbitration Act and federal arbitration law apply to this arbitration agreement. A court of competent jurisdiction shall have exclusive authority to determine the existence, scope, and validity of the arbitration agreement and the arbitrability of any claim or counterclaim, including, without limitation, whether any conditions precedent to the commencement of an arbitration have been completely satisfied and any objections with respect to any of the foregoing.

To begin an arbitration proceeding, you must send us an individual letter signed by you requesting arbitration and describing your claim at 4820 Lake Brook Dr, Suite 125, Glen Allen, VA 23060, Attn: Layne Kiser. This letter must be sent at least five (5) days before you initiate an arbitration proceeding against us.

If you demonstrate that the costs of arbitration will be prohibitive as compared to the costs of litigation, we will pay as much of the administrative costs and arbitrator's fees required for the arbitration as the arbitrator deems necessary to prevent the cost of the arbitration from being prohibitive. In the final award, the arbitrator may apportion the costs of arbitration and the compensation of the arbitrator among the parties in such amounts as the arbitrator deems appropriate.

This arbitration agreement does not preclude you or Tenant Turner from seeking action by federal, state, or local government agencies. You and Tenant Turner also have the right to bring qualifying claims in small claims court or transfer qualifying claims to small claims court. Either party may elect that a Claim be filed exclusively in a small claims court of competent jurisdiction by providing notice to the other party. In the event such a Claim has already been filed in arbitration, the party who has filed that Claim will, within ten (10) days of receiving such a notice, withdraw their Claim from arbitration. The parties will then proceed with the Claim exclusively in small claims court. In addition, you and we retain the right to apply to any court of competent jurisdiction for provisional relief, including pre-arbitral attachments or preliminary injunctions, and any such request shall not be

deemed incompatible with these Customer Terms, nor a waiver of the right to have disputes submitted to arbitration as provided in these Customer Terms.

Neither you nor we may act as a class representative or private attorney general, nor participate as a member of a class of claimants, with respect to any Claim. You may not bring Claims in arbitration on a class, consolidated or representative basis. The arbitrator can decide only your and/or our individual Claims. The arbitrator may not consolidate or join the claims of other persons or parties who may be similarly situated without prior written consent of the parties. The arbitrator may award in the arbitration the same damages or other relief available under applicable law, including injunctive and declaratory relief, as if the action were brought in court on an individual basis. Notwithstanding anything to the contrary in the foregoing or herein, the arbitrator may not issue a "public injunction" and any such "public injunction" may be awarded only by a federal or state court. If either party seeks a "public injunction," all other claims and prayers for relief must be adjudicated in arbitration first and any prayer or claim for a "public injunction" in federal or state court stayed until the arbitration is completed, after which the federal or state court can adjudicate the party's claim or prayer for "public injunctive relief." In doing so, the federal or state court is bound under principles of claim or issue preclusion by the decision of the arbitrator.

If any provision of this Section is found to be invalid or unenforceable, then that specific provision shall be of no force and effect and shall be severed, but the remainder of this Section shall continue in full force and effect. No waiver of any provision of this Section of the Customer Terms will be effective or enforceable unless recorded in a writing signed by the party waiving such a right or requirement. Such a waiver shall not waive or affect any other portion of these Customer Terms. This Section of the Customer Terms will survive the termination of your relationship with us.

THIS SECTION LIMITS CERTAIN RIGHTS, INCLUDING THE RIGHT TO MAINTAIN A COURT ACTION, THE RIGHT TO A JURY TRIAL, THE RIGHT TO PARTICIPATE IN ANY FORM OF CLASS OR REPRESENTATIVE CLAIM, THE RIGHT TO ENGAGE IN DISCOVERY EXCEPT AS PROVIDED IN AAA RULES, AND THE RIGHT TO CERTAIN REMEDIES AND FORMS OF RELIEF. OTHER RIGHTS THAT YOU OR WE WOULD HAVE IN COURT ALSO MAY NOT BE AVAILABLE IN ARBITRATION.

**17. Changes to Terms and Services.**

17.1 We may update these Customer Terms at any time, in our sole discretion. If we do so, we will let you know either by posting the updated Customer Terms on the Site or through other communications. It's important that you review the Customer Terms whenever we update them or you use the Services. If you continue to use the Services after we have posted updated Customer Terms, then you are agreeing to be bound by the updated Customer Terms. If you do not agree to be bound by the updated Customer Terms, then you may not use the Services anymore. Because our Services are evolving over time, we may change or discontinue all or any part of the Services or Products, at any time and without notice, at our sole discretion.

**18. Miscellaneous.**

18.1 We and our employees and representatives are and will be independent contractors with respect to you, and you and yours to us. Neither you nor we will by virtue of any Plan or these Customer Terms have any right, power, or authority to act or create any obligation on behalf of each other.

18.2 Except as otherwise described in these Customer Terms, you agree that the Plan and these Customer Terms will be governed by and interpreted in accordance with the laws of the Commonwealth of Virginia, without giving effect to any conflict of laws rules or provisions. To the extent any Claim relating to these Customer Terms, any Plan, and/or the Services and Products is not required to be arbitrated or filed in small claims court in accordance with the "Arbitration Agreement & Waiver of Certain Rights" Section above, such Claim must be brought, tried and litigated exclusively in the courts of the State of Delaware and of the United States of America located in the District of Delaware. You voluntarily consent to the exclusive personal jurisdiction of each such court, and expressly waive any right to object to personal jurisdiction or improper venue, or to assert the doctrine of forum non conveniens or any similar doctrine, with respect to either such court in connection with any such Claim.

18.3 All communications, notices and disclosures required or permitted by these Customer Terms to you or us will be in writing and will be deemed to have been given on the date when received, if personally delivered; when receipt is electronically confirmed, if transmitted by facsimile or e-mail; the day after it is sent, if sent for next day delivery by recognized overnight delivery service; and upon receipt, if sent by certified or registered mail, return receipt requested, at the associated address described on the applicable Plan.

18.4 During the initial or any renewal term of any applicable Plan and for a period of one (1) year after the expiration or termination of such Plan, you may not, without our prior written consent, either directly or indirectly, solicit or attempt to solicit, divert or hire away any of our employees or contractors.

18.5 Neither you nor we may assign any Plan, in whole or in part, without the prior written consent of the other party, and any attempt to assign that is not in accordance with the foregoing will be null and void and of no force or effect. Notwithstanding, we may assign any Plan to any purchaser of all or substantially all of our assets.

18.6 These Customer Terms will be binding on and inure to the benefit of both and their respective successors and permitted assigns.

18.7 The section headings and subheadings contained herein are for the convenience of the parties only and will not be interpreted to limit or affect in any way the meaning of the language contained in these Customer Terms.

18.8 Except as otherwise provided herein, these Customer Terms, together with the applicable Plan and any related Statement(s) of Work prepared by us and delivered to you in connection with such Plan, contains the entire agreement and understanding between you and us concerning the Services and Products described in such Plan. A party's failure to enforce any right or provision of these Customer Terms will not be considered a waiver of such right or provision. The waiver of any such right or provision will be effective only if in writing and signed by a duly authorized representative of the party waiving such right or provision. No waiver or other default by either you or us of any term or provision of these Customer Terms will affect such party's rights thereafter to enforce such term or provision or to exercise any right or remedy in the event of any other default, whether or not similar.

18.9 At our request, you will work together with us in good faith to issue at least one mutually agreed upon press release or other marketing notice within 90 days of the commencement of the Plan, and you agree to reasonably cooperate with us to serve as a reference account upon request, including but not limited to our use of your logo and likeness in marketing materials.

18.10 The Plan and these Customer Terms, and, to the extent applicable, the Commercial Agreement, are the complete and exclusive statement of the mutual understanding between you and us and supersede and cancel all previous written and oral agreements, communications, and other understandings relating to the Plan and these Customer Terms.

18.11 If any provision of any Plan or these Customer Terms is found to be unenforceable or invalid, that provision will be limited or eliminated to the minimum extent necessary so that the Plan or the Customer Terms will otherwise remain in full force and effect and enforceable.

## Join Our Newsletter



COPYRIGHT © 2025 TENANT TURNER, INC.
MADE WITH PURE AWESOMENESS IN THE RVA (HTTPS://WEB.ARCHIVE.ORG/WEB/20250608052606/HTTPS://WWW.VISITRICHMONDVA.COM/).