# EXHIBIT B

Benefits Smart Access Pricing Resources Log In

For Renters Book Free Demo

# Website Terms and Conditions of Use

**Quick Jump:**

- Disclosures to Credit Report Subjects
- VantageScore Credit Score Notice

## 1. Terms

Thank you for visiting the ShowMojo website at https://showmojo.com/. The ShowMojo website and its associated services including, but not limited to, any mobile applications offered by ShowMojo (collectively, the "Services"), are provided by ShowMojo, Inc., a Delaware Corporation ("ShowMojo"). By accessing or using the ShowMojo Services, however accessed, you manifest your intent and agree to be bound by this Terms of Use Agreement ("Agreement" or "Terms of Use").

If you do not agree with any of these terms, you are prohibited from using or accessing the Services. Clicking onto web pages beyond the website's homepage constitutes your acceptance of and agreement with the Terms of Use, whether or not you complete a transaction with ShowMojo and whether or not you complete your transaction on the website or through other channels, such as by phone, by email, facsimile, or otherwise. If you do not agree to the Terms of Use, you may not use the Services.

Notice to Users of Consumer Reports: https://www.experian.com/connect/legal/fcra-obligations

NOTICE OF ARBITRATION. THIS TERMS OF USE AGREEMENT CONTAINS AN ARBITRATION PROVISION AND CLASS ACTION WAIVER THAT APPLIES TO ALL

CLAIMS EXCEPT FOR CLAIMS OF INTELLECTUAL PROPERTY INFRINGEMENT OR THOSE THAT CAN BE BROUGHT IN SMALL CLAIMS COURT. EXCEPT AS OTHERWISE STATED UNDER THE TERMS OF THIS AGREEMENT, AND IF YOU DO NOT OPT-OUT OF ARBITRATION AS SET FORTH BELOW, YOU AGREE THAT ANY AND ALL DISPUTES BETWEEN YOU AND SHOWMOJO WILL BE RESOLVED BY BINDING, INDIVIDUAL ARBITRATION, AND YOU WAIVE YOUR RIGHT TO BRING OR RESOLVE ANY DISPUTE AS, OR PARTICIPATE IN, A CLASS, CONSOLIDATED, REPRESENTATIVE, COLLECTIVE, OR PRIVATE ATTORNEY GENERAL ACTION OR ARBITRATION.

## 2. Permitted Use and User Content

You agree that:

**1.** Your use of the Services is subject to and governed by these Terms of Use,
**2.** You will only access or use the Services and transact business with us if you are at least 18 years old,
**3.** You will comply with and be bound by these Terms of Use as they appear on the Services each time you access and use the Services,
**4.** Each use of the Services by you indicates and confirms your assent to and agreement to be bound by these Terms of Use, and
**5.** These Terms of Use are a legally binding agreement between you and ShowMojo that will be enforceable against you.

When you use the Services, you agree to use it only for its customary and intended purposes and as permitted by the terms of this Agreement and any applicable law, regulation, statute, or ordinance. Additionally, you agree that you are responsible for any breach of your obligations under the terms of this Agreement and for any losses suffered by ShowMojo for such a breach, including, but not limited to, monetary damages, costs, and attorneys' fees. You are expressly prohibited from using the Services to violate any law, statute, ordinance, regulation, or treaty, whether local, state, provincial, national or international, or to violate the rights of a third party, including, but not limited to, intellectual property rights, privacy rights, rights of publicity, or other personal or proprietary rights. Additionally, you are expressly prohibited from:

**a.** Attempting to access the Services other than through a standard web browser unless you have been permitted to do so by ShowMojo through a separate, written agreement;
**b.** Accessing or attempting to access the Services through automated means;
**c.** Circumventing the technological protection measures of the Services;
**d.** Posting or transmitting content intended to collect personal or personally identifiable information from users of the Services or third parties;
**e.** Disrupting or otherwise interfering with the Services or its associated servers or networks;

**f.** Scraping, reproducing, republishing, selling, reselling, duplicating, or trading the Services or its content;
**g.** Diverting or attempting to divert customers of the Services to another website or service;
**h.** Sending unsolicited or unauthorized communications to users of the Services or third parties;
**i.** Transmitting content to the Services that is false, inaccurate, misleading, tortious, defamatory, vulgar, obscene, libelous, invasive, hateful, or otherwise objectionable;
**j.** Reverse engineering, decompiling, translating, or disassembling the Services or its content; and
**k.** Encouraging or assisting any other party to do anything in violation of the terms of this Agreement.

ShowMojo reserves the right to modify, amend, or terminate the Services or its associated content at any time and without prior notice. ShowMojo also reserves the right to refuse service or access to the Services to any person or business entity at any time and without notice.

By submitting any content to ShowMojo, you hereby grant ShowMojo a worldwide, non-exclusive, sublicensable, royalty-free license to use, copy, modify, and display any content, including but not limited to text, materials, images, files, communications, comments, feedback, suggestions, ideas, concepts, questions, data, or otherwise, either on the Services or on third-party services, that you submit or post on or through the Services for our current and future business purposes, including to provide, promote, and improve the Services.

## 3. Revisions and Errata

The materials appearing on ShowMojo's web site could include technical, typographical, or photographic errors. ShowMojo does not warrant that any of the materials on its web site are accurate, complete, or current. ShowMojo may make changes to the materials contained on its web site at any time without notice. ShowMojo does not, however, make any commitment to update the materials.

## 4. Account-Holder Agreement on Use of Personal Information Provided by Prospects

As an account holder of the ShowMojo site, you agree to use prospect information only for the purposes of scheduling and obtaining feedback on the listing that a prospect has elected to see. You agree not to contact prospects obtained via ShowMojo for any other reason without first obtaining permission from the prospect. You also agree to hold the prospects personal information in a secure manner and to not share that information with any third parties. ShowMojo reserves the right to cancel your account without warning if presented with reliable evidence of a breach of this policy.

You warrant and agree that prospects with whom you engage related to the Services, even if such prospects are not themselves direct users of the Services, will comply with and will be bound by all the provisions of this Agreement. Should any prospects with whom you engage related to the Services violate any provision of this Agreement or any applicable law or regulation, you agree to indemnify ShowMojo from any associated liability congruent with Section 9 of this Agreement.

By using the Service you expressly agree to receive text messages from ShowMojo related to your use of the Services.

## 5. Payments and Account Cancelations

All payments are non-refundable, including payments for quarterly and annual plans. Monthly plans include limits that may be exceeded and will incur additional charges. You are responsible for monitoring your account, and you agree to pay all published fees associated with account usage.

ShowMojo provides digital access devices (such as MojoBox, MojoLock, CodeBox and VaultLOCKS) to its customers at a price below their true cost. Because of this, purchased digital access devices are tied to the ShowMojo platform for six months after purchase. If a customer chooses to remove a digital access device from the ShowMojo platform in less than that six-month period, the customer can do so at a fee of $20 per digital access device.

Accounts without a signed contract beyond these terms can be cancelled by the user at any time. No refund is provided for unused duration or leads. To cancel, you must use the cancel link that can be accessed by signing into your ShowMojo account and going to the Billing Settings page. Cancelation requests transmitted by email, phone or any other means will not be honored.

For accounts with an annual unit-based agreement, ShowMojo reserves the right to request updated units under management each six months for accounts with an annual agreement. Failure to provide an updated unit directory report within 30 days of the initial request will result in a 15% increase in the unit count (and a corresponding increase in the total monthly charge). In the event of such a rate increase, once an updated and valid unit directory report is provided, the unit count (and monthly rate) will be adjusted for future months.

Applicable charges incurred during the final billing period such as add-on services, additional listings, or additional leads will be charged to the billing method on file after cancellation has been completed.

ShowMojo, at its sole discretion, but based on some clear form of evidence, reserves the right to immediately cancel an account that it believes to be (1) opened with a fraudulent or stolen payment method, (2) used for unethical or illegal purposes, (3) used

by or for any party currently or intending to market and provide services similar to any features offered within the ShowMojo product.

## 6. Site Content

Content on this site or content controlled by ShowMojo is provided solely for your personal, non-commercial use. Such content may not be framed, copied, reproduced, republished, uploaded, posted, transmitted, distributed, scraped, spidered and/or exploited in any way, including by email or other electronic means for commercial use without proper license agreements with ShowMojo. Such use of the content is considered theft and will be prosecuted.

ShowMojo® and MojoLock® are registered trademarks of ShowMojo.

The selection, arrangement, and layout of the Services is the sole and exclusive property of ShowMojo, and any unauthorized copying, public display, public performance, distribution, or derivation, whether in whole or in part, is expressly prohibited.

## 7. Links

ShowMojo has not reviewed all of the sites linked to the Services and is not responsible for the contents of any such linked site. The inclusion of any link does not imply endorsement by ShowMojo of the linked site. Use of any such linked web site is at the user's own risk.

## 8. Disclaimer of Warranties and Limitation of Liability

**a.** YOU ACKNOWLEDGE AND AGREE THAT THE SERVICES ARE PROVIDED ON AN "AS-IS" BASIS AND WITHOUT WARRANTY OF ANY KIND, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF TITLE, MERCHANTABILITY, ACCURACY, FITNESS FOR A PARTICULAR PURPOSE, SECURITY, AND NON-INFRINGEMENT. WHEREVER PERMITTED BY LAW, YOU ACKNOWLEDGE THAT SHOWMOJO WILL NOT BE HELD RESPONSIBLE OR LIABLE FOR ANY CLAIMS, DAMAGES, JUDGMENTS, CHARGES, OR FEES ARISING OUT OF OR RELATED TO YOUR USE OF OR ACCESS TO THE SERVICES, INCLUDING, BUT NOT LIMITED TO, COMPENSATORY DAMAGES, CONSEQUENTIAL DAMAGES, SPECIAL DAMAGES, INCIDENTAL DAMAGES, PUNITIVE DAMAGES, EXEMPLARY DAMAGES, COSTS AND ATTORNEYS' FEES, DAMAGES ARISING OUT OF ERRORS OR OMISSIONS, AND DAMAGES ARISING OUT OF THE UNAVAILABILITY OF THE SERVICES OR DOWNTIME. YOU ACKNOWLEDGE THAT YOUR USE OF THE SERVICES IS AT YOUR SOLE RISK AND THAT SHOWMOJO'S LIABILITY IS LIMITED TO THE AMOUNT THAT YOU PAID TO USE THE SERVICES OR $500, WHICHEVER IS LESS.

**b.** SHOWMOJO EXPRESSLY DISCLAIMS ANY RESPONSIBILITY FOR ANY DAMAGE, INJURY, HARM, COST, EXPENSE, OR LIABILITY ARISING OUT OF OR

RELATED TO YOUR USE OR MISUSE OF PRODUCTS OR SERVICES PURCHASED THROUGH THE SERVICES. PRODUCTS OR SERVICES PURCHASED THROUGH THE SERVICES ARE PROVIDED ON AN "AS-IS" BASIS AND WITHOUT WARRANTY OF ANY KIND, WHETHER EXPRESS, IMPLIED, OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, ACCURACY, NON-INFRINGEMENT, OR QUALITY. SOME JURISDICTIONS DO NOT ALLOW AN EXCLUSION OF IMPLIED WARRANTIES. IF YOU ARE LOCATED IN SUCH A JURISDICTION, YOU ARE ADVISED TO SEEK LEGAL ADVICE TO DETERMINE IF THIS EXCLUSION APPLIES TO YOU.

**c.** SHOWMOJO WILL NOT BE LIABLE TO YOU UNDER ANY LEGAL THEORY, WHETHER IN WARRANTY, CONTRACT, STRICT LIABILITY, TORT, OR NEGLIGENCE, FOR ANY DAMAGES, CLAIMS, INJURIES, JUDGMENTS, COSTS, OR LIABILITIES OF ANY KIND ARISING OUT OF OR RELATED TO YOUR USE OR MISUSE OF THE SERVICES OR PRODUCTS OR SERVICES PURCHASED THROUGH THE SERVICES, INCLUDING, BUT NOT LIMITED TO, PERSONAL INJURY, ILLNESS, DAMAGE TO PROPERTY, LOSS OF BUSINESS, LOSS OF INCOME, SPECIAL DAMAGES, INCIDENTAL DAMAGES, CONSEQUENTIAL DAMAGES, PUNITIVE DAMAGES, OR EXEMPLARY DAMAGES, WHETHER FORESEEABLE OR UNFORESEEABLE.

**d.** For the avoidance of doubt, the foregoing disclaimers and limitations on liability set forth in this Section 8 shall apply to (in addition to all other Services) your use of any digital access devices (e.g., smart locks, lock boxes, etc.) and any related services provided by ShowMojo (such devices and any such services, the "Self-Showing Services"). Without limiting the foregoing, in the event you elect to enable any Self-Showing Services, You acknowledge that there is risk inherent in the Self-Showing Services given the nature thereof, and that, by enabling the Self-Showing Services, you assume all such risk. While use of the Self-Showing Services remains at your own risk, ShowMojo offers certain security and/or anti-fraud services that are designed to mitigate such risk, which may include, without limitation, anti-fraud screening, custom watermarking, prospect identity validation, anti-fraud messaging and identity decisioning (collectively, "Security and Anti-Fraud Tools"). Your ShowMojo account gives you the ability to enable or disable one or more of the Security and Anti-Fraud Tools. It is highly recommended that you enable all such Security and Anti-Fraud Tools, as doing so may decrease the likelihood of fraudulent or other criminal activity relating to your use of the Self-Showing Services or your ShowMojo account generally. However, you acknowledge that, even with implementation of all Security and Anti-Fraud Tools, it is impossible to eliminate such risk entirely, and ShowMojo shall have no liability whatsoever to you or any third party for any unauthorized, fraudulent or criminal activity committed by third parties in connection with your use of the Self-Showing Services.

## 9. Indemnification

You agree to indemnify, defend, and hold harmless ShowMojo, its officers, shareholders, directors, employees, subsidiaries, affiliates, and representatives from any and all losses, including, but not limited to, costs and attorneys' fees, arising out of or related to (i) your use of the Services, (ii) your purchase of products or services through the Services; (iii) your use or misuse of products or services obtained through the Services, including, without limitation, your use of any Self-Showing Services; (iv) your violation of any term or condition of this Agreement; (v) your violation of the rights of third parties, including, but not limited to, intellectual property rights or other personal or proprietary rights; and (vi) your violation of any law, statute, ordinance, regulation, or treaty, whether local, state, provincial, national, or international.

## 10. Site Terms of Use Modifications

ShowMojo may revise these terms of use for its web site at any time without notice. By using the Services you are agreeing to be bound by the then current version of these Terms of Use.

## 11. Governing Law and Stipulation to Jurisdiction

**1.** You and ShowMojo agree that any dispute arising out of or related to this Agreement or your use of the Services will be governed by the laws of the State of Delaware, without regard to its conflict of laws rules. Specifically, the validity, interpretation, and performance of this Agreement will not be governed by the United Nations Convention on the International Sale of Goods. Except for claims that may be brought in small claims court, claims of intellectual property infringement, or claims for injunctive relief by either party, you and ShowMojo agree that any dispute or controversy arising out of, in relation to, or in connection with this Agreement including, without limitation, any and all disputes, claims (whether in tort, contract, statutory, or otherwise), or disagreements concerning the existence, breach, interpretation, application, or termination of this Agreement, will be resolved by final and binding arbitration pursuant to the Federal Arbitration Act in Wilmington, Delaware or, at the option of the party seeking relief, by telephone, online, or via written submissions alone, and be administered by the American Arbitration Association ("AAA") under the then in force Commercial Arbitration Rules by one arbitrator appointed in accordance with such rules. Such arbitration will be independent and impartial. If the parties fail to agree on the arbitrator within twenty (20) calendar days after the initiation of the arbitration hereunder, AAA will appoint the arbitrator.

**2.** This arbitration will be conducted in the English language. The decision of the arbitrator will be final and binding on the parties and judgment on any award(s) rendered by the arbitrator may be entered in any court having jurisdiction thereof. Nothing in this section will prevent either party from seeking immediate injunctive relief

from any court of competent jurisdiction, and any such request shall not be deemed incompatible with the agreement to arbitrate or a waiver of the right to arbitrate. The parties undertake to keep confidential all awards in their arbitration, together with all confidential information, all materials in the proceedings created for the purpose of the arbitration and all other documents produced by the other party in the proceedings and not otherwise in the public domain, save and to the extent that disclosure may be required of a party by legal duty, to protect or pursue a legal right or to enforce or challenge an award in legal proceedings before a court or other judicial authority. The arbitrator shall award all fees and expenses, including reasonable attorney's fees, to the prevailing party. Any judgment rendered by the arbitrator may be entered in any court of competent jurisdiction.

**3.** ANY DISPUTE RESOLUTION PROCEEDING ARISING OUT OF OR RELATED TO THIS AGREEMENT, WHETHER IN ARBITRATION OR OTHERWISE, SHALL BE CONDUCTED ONLY ON AN INDIVIDUAL BASIS AND NOT IN A CLASS, CONSOLIDATED OR REPRESENTATIVE ACTION, AND YOU AND SHOWMOJO EXPRESSLY AGREE THAT CLASS ACTION AND REPRESENTATIVE ACTION PROCEDURES SHALL NOT BE ASSERTED IN NOR APPLY TO ANY ARBITRATION PURSUANT TO THESE TERMS.

**4.** Any claims must be brought within one year of accrual or will otherwise be barred.

**5.** If you would like to opt out of this Arbitration Clause, you must contact us WITHIN 30 DAYS OF FIRST USING THE SERVICES and request to opt-out.

## 12. Equal Housing Opportunity

**WHAT EVERYONE SHOULD KNOW ABOUT EQUAL OPPORTUNITY IN HOUSING**

The sale and purchase of a home is one of the most significant events that an individual will experience in their lifetime. It is more than the simple purchase of housing, for it directly impacts the hopes, dreams, aspirations, and economic destiny of those involved. It is for this reason that the Fair Housing Act and other federal and state laws were enacted to guarantee a right to a national housing market free from discrimination based on race, color, religion, sex, handicap, familial status, and national origin.

**THE LAW**

Civil Rights Act of 1866

The Civil Rights Act of 1866 prohibits all racial discrimination in the sale or rental of property.

Fair Housing Act

The Fair Housing Act declares a national policy of fair housing throughout the United States. The law makes illegal any discrimination in the sale, lease or rental of housing,

or making housing otherwise unavailable, because of race, color, religion, sex, handicap, familial status, or national origin.

Americans with Disabilities Act

Title III of the Americans with Disabilities Act prohibits discrimination against persons with disabilities in places of public accommodations and commercial facilities.

Equal Credit Opportunity Act

The Equal Credit Opportunity Act makes discrimination unlawful with respect to any aspect of a credit application on the basis of race, color, religion, national origin, sex, marital status, age or because all or part of the applicant's income derives from any public assistance program.

State and Local Laws

State and local laws often provide broader coverage and prohibit discrimination based on additional classes not covered by federal law.

THE RESPONSIBILITIES

The home seller, the home seeker, and the real estate professional all have rights and responsibilities under the law.

For the Home Seller

As a home seller or landlord you have a responsibility and a requirement under the law not to discriminate in the sale, rental and financing of property on the basis of race, color, religion, sex, handicap, familial status, or national origin.

You cannot instruct the licensed broker or salesperson acting as your agent to convey for you any limitations in the sale or rental because the real estate professional is also bound by law not to discriminate. Under the law, a home seller or landlord cannot establish discriminatory terms or conditions in the purchase or rental; deny that housing is available, or advertise that the property is available only to persons of a certain race, color, religion, sex, handicap, familial status, or national origin.

For the Home Seeker

You have the right to expect that housing will be available to you without discrimination or other limitations based on race, color, religion, sex, handicap, familial status, or national origin.

This includes the right to expect:

Housing in your price range made available to you without discrimination;

Equal professional service;

The opportunity to consider a broad range of housing choices;

No discriminatory limitations on communities or locations of housing; No discrimination in the financing, appraising, or insuring of housing;

Reasonable accommodations in rules, practices and procedures for persons with disabilities;

Non-discriminatory terms and conditions for the sale, rental, financing, or insuring of a dwelling; and

To be free from harassment or intimidation for exercising your fair housing rights

For the Real Estate Professional

Agents in a real estate transaction are prohibited by law from discriminating on the basis of race, color, religion, sex, handicap, familial status, or national origin. A request from the home seller or landlord to act in a discriminatory manner in the sale, lease or rental cannot legally be fulfilled by the real estate professional.

**THE REALTOR FAIR HOUSING PROGRAM**

The NATIONAL ASSOCIATION OF REALTORS has developed a Fair Housing Program to provide resources and guidance to REALTORS in ensuring equal professional services for all people.

The term REALTOR identifies a licensed professional in real estate who is a member of the NATIONAL ASSOCIATION OF REALTORS. Not all licensed real estate brokers and salespersons are members of the National Association, and only those who are may identify themselves as REALTORS.

They conduct their business and activities in accordance with a strict Code of Ethics.

The Code of Ethics

Article 10 of the NATIONAL ASSOCIATION OF REALTORS Code of Ethics provides that “REALTORS shall not deny equal professional services to any person for reasons of race, color, religion, sex, handicap, familial status, or national origin.

REALTORS shall not be a party to any plan or agreement to discriminate against a person or persons on the basis of race, color, religion, sex, handicap, familial status or national origin.

A REALTOR pledges to conduct business in keeping with the spirit and letter of the Code of Ethics. Article 10 imposes obligations upon REALTORS and is also a firm statement of support for equal opportunity in housing.

**IF YOU SUSPECT DISCRIMINATION**

Call the Local Board of REALTORS

Local Boards of REALTORS will accept complaints alleging violations of the Code of Ethics filed by a home seeker who alleges discriminatory treatment in the availability,

purchase or rental of housing.

Local Boards of REALTORS have a responsibility to enforce the Code of Ethics through professional standards procedures and corrective action in cases where a violation of the Code of Ethics is proven to have occurred.

Call the U.S. Department of Housing and Urban Development

Local Boards of REALTORS will accept complaints alleging violations of the Code of Ethics filed by a home seeker who alleges discriminatory treatment in the availability, purchase or rental of housing.

Local Boards of REALTORS have a responsibility to enforce the Code of Ethics through professional standards procedures and corrective action in cases where a violation of the Code of Ethics is proven to have occurred.

Call the U.S. Department of Housing and Urban Development

Complaints alleging discrimination in housing may be filed with the nearest office of the United States Department of Housing and Urban Development (HUD), or by calling HUD's toll-free numbers, 1-800-669-9777 (voice), or 1-800-543-8294 (TDD).

Contact HUD on the internet at https://www.hud.gov/program_offices/field_policy_mgt/localoffices

## 13. Disclosures to Report Subjects

**1.** The Fair Credit Reporting Act allows you to obtain a disclosure from every credit reporting agency of the nature and substance of all information in your file at the time of the request. Full disclosure of information in your file at Experian must be obtained directly from Experian by calling 888-397-3742 or logging on to www.experian.com/consumer. The credit report you are requesting from ShowMojo is not intended to constitute the disclosure of Experian information required by the Fair Credit Reporting Act or similar state laws.

**2.** You are entitled to receive a disclosure directly from the consumer reporting agency free of charge under the following circumstances:

- **a.** You have been denied credit, insurance or employment within the past sixty (60) days as a result of your credit report
- **b.** You certify in writing that you are unemployed and intend to apply for employment in the sixty (60) day period beginning on the date on which you made the certification
- **c.** You are a recipient of public welfare assistance
- **d.** You have reason to believe that my file at the agency contains inaccurate information due to fraud
- **e.** Annually at www.annualcreditreport.com

Otherwise, the consumer reporting agency may impose a reasonable charge for the disclosure.

**3.** The Fair Credit Reporting Act permits you to dispute inaccurate or incomplete information in your credit file. Your understand that accurate information cannot be changed.

**4.** You do not have to purchase my credit report or other information from ShowMojo to dispute inaccurate or incomplete information in your Experian file or to receive a copy of your Experian consumer credit report.

**5.** Experian's National Consumer Assistance Center provides a proprietary consumer disclosure that is different from the consumer credit report provided by ShowMojo. The disclosure report must be obtained directly from Experian. Consumers residing in the States of Colorado, Massachusetts, Maryland, New Jersey, and Vermont may receive a free copy of their consumer credit report once per year and residents of the State of Georgia may receive two (2) copies per year.

**6.** Fraud Alerts are available to any eligible consumers—free of charge—from a national consumer reporting agency.

**7.** You have the right to purchase a consumer credit score directly from Experian.

## 14. VantageScore Credit Score Notice

ShowMojo utilizes the VantageScore® credit score. The VantageScore credit score may or may not be used by Report Subject's lenders, and is not an endorsement or guarantee of Report Subject's credit worthiness as seen by lenders.

Please be aware that there are many scoring models used in the marketplace. Each scoring model may have its own set of factors and scale. The information and credit scoring may be different than that used by a lender. The VantageScore credit score may not be identical in every respect to any other credit score produced by another company or used by Report Subject's lender.

Report Subject's VantageScore credit score is calculated using Report Subject's actual data from Report Subject's credit file at the time of ShowMojo's request. Keep in mind, however, that other factors, such as length of employment and annual salary, are often taken into consideration by lenders when making decisions about Report Subject. How each lender weighs its chosen factors may vary, but the exact formula used to calculate Report Subject's score is proprietary.

Also note that each consumer reporting agency has its own set of data, resulting in a separate VantageScore credit score for each of Report Subject's credit files.

You agree to request VantageScore credit scores only for your use alone for the purposes certified to ShowMojo and for no other purpose or use. All VantageScore credit scores provided hereunder will be held in strict confidence and may never be

sold, licensed, copied, reused, disclosed, reproduced, revealed or made accessible, in whole or in part, to any person except as required by law or as otherwise set forth in your agreement with ShowMojo.

VantageScore® is owned by VantageScore Solutions, LLC.

## 15. Further Legal Provisions

**a. Force Majeure.** ShowMojo will not be responsible for any delay or failure in performance of the Services or its associated products or services arising out of any cause beyond ShowMojo's control, such as acts of God, war, riots, fire, terrorist attacks, pandemics, power outages, severe weather, or other accidents.

**b. Survivability.** The representations, warranties, duties, and covenants made by you under this Agreement will survive the termination of this Agreement or the Services including, but not limited to, your duty to indemnify and defend ShowMojo.

**c. Interpretation.** This Agreement will be deemed to have been drafted by both parties, and the terms and conditions of this Agreement will not be interpreted against its drafter.

**d. Assignment.** You are expressly prohibited from assigning your rights and duties under this Agreement. ShowMojo reserves the right to assign its rights and duties under this Agreement, including in a sale of ShowMojo or the Services.

**e. Waiver and Integration.** No term or condition of this Agreement or breach of this Agreement will be deemed to have been waived or consented to unless said waiver is writing and signed by the party to be charged. This Agreement is the entire agreement between the parties and supersedes all previous agreements or representations between the parties.

## 16. Investigative Consumer Reporting Agency Act (ICRAA)

The requirements outlined below apply to transactions subject to the California Investigative Consumer Reporting Agencies Act, California Civil Code §1786, et seq. ("ICRAA").

You (the End User) agree to comply with the following in your request for and use of the Investigative Consumer Report.

**A.** If an Investigative Consumer Report is sought in connection with the underwriting of insurance, End User agrees that it:

Shall clearly and accurately disclose in writing at the time the application form, medical form, binder, or similar document is signed by the consumer, that an Investigative Consumer Report regarding the consumer's character, general reputation, personal characteristics, and mode of living may be made. If no signed application form, medical form, binder, or similar document is involved in the underwriting transaction, the disclosure shall be made to the consumer in writing and mailed or otherwise delivered

to the consumer not later than three days after the Investigative Consumer Report was first requested. The disclosure shall include the name and address of any investigative consumer reporting agency conducting an investigation, plus the nature and scope of the investigation requested, and a summary of the provisions of California Civil Code §1786.22.

**B.** If an Investigative Consumer Report is sought for employment purposes other than suspicion of wrongdoing or misconduct by the subject of the investigation, End User certifies it shall only request the Investigative Consumer Report if all of the following apply:

**a.** End User has certified its ICRAA permissible purpose(s).

**b.** End User provides a clear and conspicuous disclosure in writing to the consumer at any time before the End User requests the Investigative Consumer Report in a document that consists solely of the disclosure, that:

**i.** An Investigative Consumer Report may be obtained.
**ii.** The permissible purpose of the Investigative Consumer Report is identified.
**iii.** The disclosure may include information on the consumer's character, general reputation, personal characteristics, and mode of living.
**iv.** Identifies the name, address, and telephone number of the investigative consumer reporting agency conducting the investigation.
**v.** Notifies the consumer in writing of the nature and scope of the investigation requested, including a summary of the provisions of California
**vi.** Notifies the consumer of the Internet Web site address of the investigative consumer reporting agency identified in clause (iv), or, if the agency has no Internet Web site address, the telephone number of the agency, where the consumer may find information about the investigative reporting agency's privacy practices, including whether the consumer's personal information will be sent outside the United States or its territories and information that complies with California Civil Code §1786.20, subdivision (d).

**c.** The consumer has authorized in writing the procurement of the Investigative Consumer Report.

**d.** End User's request for an Investigative Consumer Report will not violate applicable federal or state equal employment opportunity laws or regulations.

**e.** End User certifies, in addition to the requirements set forth herein, that: (a) it will ensure that prior to procurement or causing the procurement of an Investigative Consumer Report for employment purposes (an Employment Insight Report): (i) a disclosure that complies with ICRAA and the FCRA; and (ii) the consumer has authorized in writing the procurement of the report by the End User; (b) in using an Investigative Consumer Report for employment purposes, before taking any adverse action based in whole or in part on the report, End User shall provide to the consumer

to whom the report relates (i) a copy of the report; and (ii) a description in writing of the rights of the consumer as prescribed by the Bureau of Consumer Financial Protection ("Bureau") under the FCRA; and (c) information from the Investigative Consumer Report will not be used in violation of any applicable federal or state equal employment opportunity law or regulation. End User acknowledges receipt of a copy of the Summary of Consumer Rights prescribed by the Bureau under Section 609(c)(1) of the FCRA and agrees to attach a copy of such Summary of Consumer Rights to each consumer report used for employment purposes as required by Section 604(b)(3)(A)(ii) of the FCRA.

**C.** If an Investigative Consumer Report is sought in connection with the hiring of a dwelling unit, as defined in California Civil Code §1940, subdivision (c), Reseller shall require End User to agree that it will, not later than three days after the date on which the Investigative Consumer Report was first requested, notify the consumer in writing that an Investigative Consumer Report will be made regarding the consumer's character, general reputation, personal characteristics, and mode of living. The notification shall also include the name and address of the investigative consumer reporting agency that will prepare the Investigative Consumer Report and a summary of the provisions of California Civil Code §1786.22.

**D.** Reseller shall require End User to certify that it will provide a copy of the Investigative Consumer Report to the subject of the investigation, as provided in California Civil Code §1786.16, subdivision (b).

Copyright © 2025 ShowMojo, All rights reserved.
ShowMojo®, MojoLock®, MojoBox®, and Leasing Automation® are registered trademarks of ShowMojo.